# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
PYFER II, JAMES § Case No. 12-19304
PYFER, TERRA §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1 - PYFER**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-19304 CAD Judge: CAROL A. DOYLE | |
| Case Name: | PYFER II, JAMES | |
| | PYFER, TERRA | |
| For Period Ending: | 11/13/13 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Date Filed (f) or Converted (c): | 05/11/12 (f) |
| 341(a) Meeting Date: | 07/16/12 |
| Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 235,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account<br>PNC Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account<br>Business checking account with PNC | 4.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account<br>Savings Account with Fifth Third Bank with father | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account<br>Checking account with Fifth Third bank with Father | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account<br>Business checking account with PNC | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7. Household Goods<br>Miscellaneous used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 8. 3 paintings worth approximately $2000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel<br>Used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. Firearms, Sport, Photo & Hobby Eqpt | 2,000.00 | 0.00 | | 0.00 | FA |

**FORM 1 - PYFER**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-19304 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PYFER II, JAMES | | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | PYFER, TERRA | | | 341(a) Meeting Date: | 07/16/12 |
| | | | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| guns and archery equipment | | | | | |
| 11. Insurance Policies<br>Term life insurance through employer - no current cash value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policies<br>Term life insurance through A122 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Insurance Policies<br>Variable life insurance with AIG | 200.00 | 0.00 | | 0.00 | FA |
| 14. Pension, Retirement, Profit Sharing<br>401(K) | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Stocks & Interest in Businesses<br>Weaver Partners - no assets | 0.00 | 0.00 | | 0.00 | FA |
| 16. Vehicles<br>2004 Chevy Silverado - 100K miles | 6,125.00 | 2,500.00 | | 2,500.00 | FA |
| 17. Vehicles<br>2004 Chevy Suburban - 100K miles | 6,800.00 | 2,500.00 | | 2,500.00 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $261,529.00 | $8,000.00 | $8,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Case 12-19304    Doc 31    Filed 11/13/13    Entered 11/13/13 11:10:56    Desc Main
Document      Page 5 of 14

FORM 1 - PYFER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-19304    CAD    Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PYFER II, JAMES | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | PYFER, TERRA | 341(a) Meeting Date: | 07/16/12 |
| | | Claims Bar Date: | 11/06/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtors for turnover of nonexempt funds in bank account and equity in vehicles for a total of $8,000. Pursuant to court order approving settlement, Debtors paid Estate $2,000 down payment and consecutive monthly payments of $500. Final payment received in October, 2013. Trustee will review claims, prepare her Final Report and distribute funds. Trustee expects her Final Report filed in late 2013, early 2014.

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 06/30/14

/s/    Elizabeth C. Berg
_____        Date: 11/13/13
ELIZABETH C. BERG

FORM 2 Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-19304 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | PYFER II, JAMES | Bank Name: | Congressional Bank |
| | PYFER, TERRA | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 | | |
| For Period Ending: | 11/13/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/12 | 16 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors- Downpayment | 1129-000 | 2,000.00 | | 2,000.00 |
| 10/18/12 | 16 | PNC Bank National Association Illinois | Settlement w/ Debtors - Bank Acct Installment 1 of 12 | 1129-000 | 500.00 | | 2,500.00 |
| 12/19/12 | 17 | PNC Bank National Association Illinois | Settlement w/ Debtors - Bank Acct Installment 2 of 12 | 1129-000 | 500.00 | | 3,000.00 |
| 12/26/12 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 3 of 12 | 1129-000 | 500.00 | | 3,500.00 |
| 01/15/13 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 4 of 12 | 1129-000 | 500.00 | | 4,000.00 |
| 02/14/13 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 5 of 12 | 1129-000 | 500.00 | | 4,500.00 |
| 02/15/13 | 001001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 3.72 | 4,496.28 |
| 03/08/13 | | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 10.00 | 4,486.28 |
| | | | Page Subtotals | | 4,500.00 | 13.72 | |

FORM 2 — Page 7

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19304 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | PYFER II, JAMES | | Bank Name: | Congressional Bank |
| | PYFER, TERRA | | Account Number / CD #: | *******8464 Checking Account |
| Taxpayer ID No: | *******4259 | | | |
| For Period Ending: | 11/13/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 300 BETHESDA, MD 20817 | | | | | |
| 03/13/13 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 6 of 12 | 1129-000 | 500.00 | | 4,986.28 |
| 04/16/13 | 6 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 7 of 12 | 1129-000 | 500.00 | | 5,486.28 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 5,476.28 |
| 05/20/13 | 6 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement with Debtors - Vehicles Installment 8 of 12 | 1129-000 | 500.00 | | 5,976.28 |
| 05/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 5,966.28 |
| 06/14/13 | 6 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 9 of 12 | 1129-000 | 500.00 | | 6,466.28 |
| 06/18/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow to post an adjustment if the time period occurred over 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 6,456.28 |

Page Subtotals        2,000.00        30.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 17.03a

FORM 2 — Page 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 12-19304 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PYFER II, JAMES | | Bank Name: | Congressional Bank |
| | PYFER, TERRA | | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 | | | |
| For Period Ending: | 11/13/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 10.00 | 6,446.28 |
| 07/16/13 | 6 | James & Terra Pyfer<br>c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles<br>Installment 10 of 12 | 1129-000 | 500.00 | | 6,946.28 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 6,936.28 |
| 08/19/13 | 6 | James & Terra Pyfer<br>c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles<br>Installment 11 of 12 | 1129-000 | 500.00 | | 7,436.28 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 7,426.28 |
| 09/20/13 | 6 | James & Terra Pyfer<br>c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles<br>Installment 12 of 12 | 1129-000 | 500.00 | | 7,926.28 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300 | Monthly Bank Service Fee - Sep 13 | 2600-000 | | 10.00 | 7,916.28 |

Page Subtotals   1,500.00   40.00

FORM 2 — Page: 4 Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19304 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | PYFER II, JAMES | Bank Name: | Congressional Bank |
|  | PYFER, TERRA | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 |  |  |
| For Period Ending: | 11/13/13 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Bethesda, MD 20817 |  |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,000.00 | 83.72 | 7,916.28 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 8,000.00 | 83.72 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 8,000.00 | 83.72 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account - ********8464 | 8,000.00 | 83.72 | 7,916.28 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 8,000.00 | 83.72 | 7,916.28 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C - PYFER<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 13, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-19304  
Debtor Name: PYFER II, JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,550.00 | $0.00 | $1,550.00 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,410.00 | $0.00 | $1,410.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $3.72 | $3.72 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,046.20 | $0.00 | $8,046.20 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,330.21 | $0.00 | $13,330.21 |
| 000003<br>070<br>7100-00 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $14,730.74 | $0.00 | $14,730.74 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $870.58 | $0.00 | $870.58 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $9,732.54 | $0.00 | $9,732.54 |
| 000006<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $16,009.59 | $0.00 | $16,009.59 |
| 000007<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $3,292.62 | $0.00 | $3,292.62 |
| 000008<br>070<br>7100-00 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $8,649.92 | $0.00 | $8,649.92 |

| Page 2 | | EXHIBIT C - PYFER<br>ANALYSIS OF CLAIMS REGISTER | | | Date: November 13, 2013 |

Case Number:   12-19304                         Claim Class Sequence
Debtor Name:   PYFER II, JAMES

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $77,626.12 | $3.72 | $77,622.40 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-19304
Case Name: PYFER II, JAMES
          PYFER, TERRA
Trustee Name: Elizabeth C. Berg

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Commerce Bank | $ | $ | $ |
| 000004 | American InfoSource LP as agent for | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000008 | WORLD'S FOREMOST BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE