UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-19403 |
| James and Terra Pyfer, | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| | ) | Hearing Date:  December 5, 2013 |
| Debtors. | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:         Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:      Estate

Date of Order Authorizing
Employment:            May 11, 2012

Period for Which
Compensation is sought:    July 31, 2012 to Close of Case

Amount of Fees sought:    $1,550.00[1]

Amount of Expense
Reimbursement sought:      $0.00

This is an:      Interim Application  __      Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| Date Filed | Period Covered | (Fees & Expenses) | Allowed |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated:  November 13, 2013              Elizabeth C. Berg, Trustee of the Estate of
                                    James and Terra Pyfer, Debtors

                                    By:    /s/Elizabeth C. Berg, Trustee
                                         Elizabeth C. Berg, Trustee

---

[1] Trustee has incurred fees in the amount of $3,312.50 for 16.3 hours of work on this case. Under Sec. 726 of the Code, Trustee is only entitled to $1,550.00 of those fees.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-19304 |
| James and Terra Pyfer | ) | Hon. Carol A. Doyle |
| | ) | (Kane County) |
| Debtor(s). | ) | Hearing Date:   December 5, 2013 |
| | ) | Hearing Time:  11:15 a.m. |

**Application for Allowance and Payment of**
**Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the

estate ("Estate") of James and Terra Pyfer, debtor(s) ("Debtor(s)"), pursuant to sections

326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an

order allowing and authorizing payment to Trustee of $1550.00 as final compensation for

her services rendered as trustee in this case from September 6, 2012 through the close

of this case.   In support thereof, Trustee states as follows:

**Introduction**

1.      This case was commenced on May 11, 2012 by the filing of a

voluntary petition for relief under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      The assets of the estate include an interest in the debtors' bank account

and equity in two vehicles owned by the debtors.

4.      The bar date for filing claims in this case was November 6, 2012.

**Prior Compensation**

5.      This is the first and final application ("Application") for allowance of

compensation filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7.      Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the services rendered by Trustee from September 6, 2012 through the close of the case are attached hereto as Exhibit A.  The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor(s) under oath.

B.      Trustee requested CarMax appraisals on the two vehicles owned by the Debtor. Trustee determined the vehicles had equity of $8,000.00 and negotiated a settlement with the Debtors to purchase the equity in the vehicles for $5,000.00. Furthermore, Trustee demanded a turnover of the debtors' non-exempt bank funds which resulted in

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

F.     Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

G.     Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.     Trustee has collected the sum of $7,916.28 on behalf of the Estate. Trustee has made $ 0.00 in disbursements in this case as of the date hereof.

9.     A copy of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B of the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10.     During the period covered by this Application, Trustee has spent 15.80 hours rendering services on behalf of this Estate with a value of $3,150.00.  Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $525.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11.     The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is  as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $3,000 | $  300.00 |
| Total allowable compensation | $ 1,550.00 |

12.     Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance

and payment of final compensation for her services rendered as trustee from September 6, 2012 through the closing of the case in the amount of $1,550.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15.    Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

**Status of the Case**

16.    The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17.    Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys and accountants are being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of James and Terra Pyfer, debtor(s), requests the entry of an order providing the following:

A.    Allowing to Trustee final compensation in the amount of $1550.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from September 6, 2012 through the closing of this case ; and

B.    Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

C.    For such other and further relief as this Court deems appropriate.

4

Dated:   November 13, 2013

Elizabeth C. Berg, as trustee of the estate
of James and Terra Pyfer, debtor(s)

By:    /s/ Elizabeth C. Berg, as trustee
          Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application**

**James and Terra Pyfer, Debtors
Case No. 12-19304**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:     (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

November 7, 2013
Invoice No:   02351

Elizabeth C. Berg
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Pyfer - Trustee*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/31/2012 | ECB | Review schedules and petition (.2) Review CarMax appraisals for (2) vehicles and claimed exemptions in same (.2) TC to Debtor's counsel re claim for turnover of $3000 bank account and equity in car and potential settlement of same (.2) | 0.60 $300.00/ hr | $180.00 |
| 7/31/2012 | JMM | Review Fax sent by D's Counsel re: CarMax on Vehicles (.1), Consult w/ ECB re: Equity in Vehicles, Other Assets (.3), TC to D's Counsel (.2) | 0.60 $125.00/ hr | $75.00 |
| 8/06/2012 | ECB | File Initial Report of Assets | 0.10 $300.00/ hr | $30.00 |
| 8/28/2012 | ECB | Email to Counsel for Debtors re status of settlement agreement | 0.10 $300.00/ hr | $30.00 |
| 8/29/2012 | ECB | Letter to Debtor's counsel accepting settlement (.1) Memo to counsel re prep of motion to settle (.1) | 0.20 $300.00/ hr | $60.00 |
| 9/17/2012 | ECB | Review proof of auto insurance (.1) Memo to file and email to D's counsel re same (.1) | 0.20 $300.00/ hr | $60.00 |

# Baldi Berg & Wallace, Ltd

Pyfer - Trustee

| | | | | |
|---|---|---|---|---|
| 9/27/2012 | JMM | Request EIN from IRS (.1), Send Checking Account Request to Congressional (.1), Open new bank account in TCMS and deposit Check in TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.40<br>$125.00/ hr | $50.00 |
| 10/16/2012 | ECB | Open and review Sept 12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.40<br>$125.00/ hr | $50.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70<br>$125.00/ hr | $87.50 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 11/14/2012 | JMM | Open and review Oct 12 Bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 12/26/2012 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$125.00/ hr | $25.00 |

# Baldi Berg & Wallace, Ltd

Pyfer - Trustee

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 1/15/2013 | ECB | Open and review 12/12 bank statements | 0.10 $300.00/hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10 $325.00/hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 2/14/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20 $175.00/hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10 $325.00/hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond Distribursement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20 $175.00/hr | $35.00 |
| 3/06/2013 | ECB | Open and verify Feb 13 Bank Statement | 0.10 $325.00/hr | $32.50 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 3/13/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20 $175.00/hr | $35.00 |
| 4/05/2013 | ECB | Import and initial review of claims (.3) | 0.30 $325.00/hr | $97.50 |
| 4/11/2013 | ECB | Open and verify Mar 13 Bank Statements | 0.10 $325.00/hr | $32.50 |

# Baldi Berg & Wallace, Ltd

11/07/2013

Pyfer - Trustee

Page    4

| | | | | |
|---|---|---|---|---|
| 4/11/2013 | JMM | Process Mar 13 Bank Statement (.1) Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 4/16/2013 | JMM | Deposit Check into TCMS (.1), Send check to Congressional via Fed Ex (.1) | 0.20 $175.00/hr | $35.00 |
| 5/08/2013 | ECB | Open and approve Apr 13 bank statements; Update TR database to post monthly activity | 0.20 $325.00/hr | $65.00 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 5/20/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20 $175.00/hr | $35.00 |
| 6/14/2013 | JMM | Deposit Check into TCMS (.1) and Send Check to Congressional via FedEx (.1) | 0.20 $175.00/hr | $35.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 6/27/2013 | ECB | Review May 13 bank statements and approve bank reconciliations | 0.10 $325.00/hr | $32.50 |
| 7/16/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20 $175.00/hr | $35.00 |
| 7/17/2013 | ECB | Open and review June 13 bank statement | 0.10 $325.00/hr | $32.50 |
| 7/18/2013 | JMM | Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 7/24/2013 | JMM | Perform Trustee's Quarterly Review under UST Guidelines and update notes in TCMS (.1) | 0.10 $175.00/hr | $17.50 |

**Baldi Berg & Wallace, Ltd**                                                11/07/2013

Pyfer - Trustee                                                Page    5

---

| 8/12/2013 | ECB | Open and review July '13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 8/19/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 9/10/2013 | ECB | Open, review and approve Aug 13 Bank Statements | 0.20<br>$325.00/ hr | $65.00 |
| 9/10/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/11/2013 | ECB | Open, review and approve Sept 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/22/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/29/2013 | JMM | Review Case file for information needed to prepare TFR and related documents (.5); Review claims and update system with information needed to prepare TFR and NFR (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/29/2013 | JMM | Draft Trustee Fee Application (1.2), Prepare coversheet, proposed order and affidavit (.3), Prepare TFR (1.0) and NFR (.4); Review and edit Trustee Final report package (.5) | 3.40<br>$175.00/ hr | $595.00 |

# Baldi Berg & Wallace, Ltd

11/07/2013

Pyfer - Trustee

Page    6

| 11/07/2013 | ECB | Review and approve TFR package | 0.50 $325.00/ hr | $162.50 |
|---|---|---|---|---|

|  |  |
|---|---|
| Total Fees | $3,312.50 |
| Total New Charges | $3,312.50 |
| Previous Balance | $0.00 |
| Balance Due | $3,312.50 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.40 | $300.00 |
| Elizabeth C Berg | 2.00 | $325.00 |
| Jason M Manola | 3.10 | $125.00 |
| Jason M Manola | 0.10 | $325.00 |
| Jason M Manola | 8.70 | $175.00 |
|  | *16.30* |  |

**Trustee's Final Fee Application**                    **James and Terra Pyfer, Debtors**
                                                       **Case No. 12-19304**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| James and Terra Pyfer, | ) | Case No. 12-19304 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.     I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.     I have read the First and Final Application for Allowance and Payment of Compensation to Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.     I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4.     Further affiant sayeth naught.

Elizabeth C. Berg

Subscribed and Sworn to before me
on November  7 , 2013

Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**