# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
PYFER II, JAMES § Case No. 12-19304
PYFER, TERRA § 
 § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

11:15 a.m.
on December 5, 2013
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth S. Gardner_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PYFER II, JAMES § Case No. 12-19304
PYFER, TERRA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 83.72 |
| leaving a balance on hand of[1] | $ | 7,916.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 1,410.00 | $ 0.00 | $ 1,410.00 |
| Other: International Sureties, Ltd. | $ 3.72 | $ 3.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     2,960.00
Remaining Balance     $     4,956.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,662.40  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,046.20 | $ 0.00 | $ 534.13 |
| 000002 | Discover Bank | $ 13,330.21 | $ 0.00 | $ 884.89 |
| 000003 | Commerce Bank | $ 14,730.74 | $ 0.00 | $ 977.86 |
| 000004 | American InfoSource LP as agent for | $ 870.58 | $ 0.00 | $ 57.79 |
| 000005 | FIA CARD SERVICES, N.A. | $ 9,732.54 | $ 0.00 | $ 646.07 |
| 000006 | FIA CARD SERVICES, N.A. | $ 16,009.59 | $ 0.00 | $ 1,062.76 |
| 000007 | Quantum3 Group LLC as agent for | $ 3,292.62 | $ 0.00 | $ 218.57 |
| 000008 | WORLD'S FOREMOST BANK | $ 8,649.92 | $ 0.00 | $ 574.21 |

Total to be paid to timely general unsecured creditors        $           4,956.28

Remaining Balance        $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-19304-CAD
James Pyfer, II                                                 Chapter 7
Terra Pyfer
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: esullivan          Page 1 of 2         Date Rcvd: Nov 15, 2013
                             Form ID: pdf006          Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2013.
```
db/jdb       +James Pyfer, II,   Terra Pyfer,   39W188 Weaver Lane,   Geneva, IL 60134-6062
18898030    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
18898031     +Bank of America,   Po Box 25118,   Tampa, FL 33622-5118
18898032     +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
18898033     +CBE Group,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
18898034     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18898037    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DIRECTV,    PO Box 78626,   Phoenix, AZ 85062)
19371885      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18898040    ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
              (address filed with court: Forster & Garbus, LLP,    60 Motor Parkway,   Commack, NY 11725)
18898039      Flr Solution,   Cscl Dispute Team,   Des Moines, IA 50306
18898041     +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
18898042     +Hsbc Bank,   Hsbc Card Services / Attn: Bankruptcy De,   Po Box 5213,
               Carol Stream, IL 60197-5213
18898043     +Hsbc/bsbuy,   Po Box 5253,   Carol Stream, IL 60197-5253
18898044     +Nationwide Credit, Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
20019199     +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
18898046     +Pnc Bank,   6750 Miller Road,   Brecksville, OH 44141-3239
18898045     +Pnc Bank,   1 Cascade Plz,   Akron, OH 44308-1198
18898047      Sears/cbna,   133200 Smith Rd,   Cleveland, OH 44130
18898048     +Target Credit Card (TC),   C/O Financial & Retail Services,   Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
18898049     +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
               Minneapolis, MN 55440-9475
19626033      WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
18898050     +Wfnnb/harlem,   Attention: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
18898051     +Worlds Foremost Bank/Cabela's Club,   4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19328446      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2013 01:53:52
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
18898035     +E-mail/Text: bankruptcy@commercebank.com Nov 16 2013 01:50:25       Commerce Bank,
               1045 Executive Parkway D,   Saint Louis, MO 63141-6303
19313717      E-mail/Text: bankruptcy@commercebank.com Nov 16 2013 01:50:25       Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
19300081      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2013 02:01:21       Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18898038     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2013 02:01:21       Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19439181      E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2013 01:50:15
               Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18898036      Credit One Bank,   Po Box 60500,   City of Industry, OR 97716
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: esullivan              Page 2 of 2                  Date Rcvd: Nov 15, 2013
                              Form ID: pdf006              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2013 at the address(es) listed below:

```
              Donna B Wallace    on behalf of Trustee Elizabeth C Berg dbwallace@ameritech.net
              Elizabeth C Berg    on behalf of Attorney    Baldi Berg & Wallace bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              John P Carlin    on behalf of Debtor James   Pyfer, II jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              John P Carlin    on behalf of Joint Debtor Terra   Pyfer jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    GMAC Mortgage, LLC (successor by merger to GMAC
               Mortgage Corporation) ND-Two@il.cslegal.com
                                                                                             TOTAL: 8
```