UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PYFER II, JAMES § Case No. 12-19304
PYFER, TERRA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 |  |  |  |  |  |
|  | Pnc Bank 1 Cascade Plz Akron, OH 44308 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bank of America PO Box 25118 Tampa, FL 33622 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 25118 Tampa, FL 33622 | | | | | |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348 | | | | | |
| | CBE Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Commerce Bank 1045 Executive Parkway D Saint Louis, MO 63141 | | | | | |
| | Credit One Bank Po Box 60500 City of Industry, OR 97716 | | | | | |
| | DIRECTV PO Box 78626 Phoenix, AZ 85062 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Flr Solution Cscl Dispute Team Des Moines, IA 50306 | | | | | |
| | Forster & Garbus, LLP 60 Motor Parkway Commack, NY 11725 | | | | | |
| | Hsbc Bank Hsbc Card Services / Attn: Bankruptcy De Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc/bsbuy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Nationwide Credit, Inc. PO Box 26314 Lehigh Valley, PA 18002 | | | | | |
| | Pnc Bank 6750 Miller Road Brecksville, OH 44141 | | | | | |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT P.O. Box 9475 Minneapolis, MN 55440 | | | | | |
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| | Wfnnb/harlem Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| | Worlds Foremost Bank/Cabela's Club 4800 Nw 1st St Ste 300 Lincoln, NE 68521 | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | COMMERCE BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000008 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - PYFER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-19304 CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | PYFER II, JAMES | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | PYFER, TERRA | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 01/20/14 | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 235,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account  PNC Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account  Business checking account with PNC | 4.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account  Savings Account with Fifth Third Bank with father | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account  Checking account with Fifth Third bank with Father | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account  Business checking account with PNC | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7. Household Goods  Miscellaneous used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 8. 3 paintings worth approximately $2000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel  Used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. Firearms, Sport, Photo & Hobby Eqpt | 2,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.04b

Case 12-19304   Doc 40   Filed 02/10/14   Entered 02/10/14 14:40:12   Desc Main
Document   Page 11 of 18

FORM 1 - PYFER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 12-19304 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PYFER II, JAMES | | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | PYFER, TERRA | | | 341(a) Meeting Date: | 07/16/12 |
| | | | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| guns and archery equipment | | | | | |
| 11. Insurance Policies<br>Term life insurance through employer - no current cash value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policies<br>Term life insurance through A122 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Insurance Policies<br>Variable life insurance with AIG | 200.00 | 0.00 | | 0.00 | FA |
| 14. Pension, Retirement, Profit Sharing<br>401(K) | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Stocks & Interest in Businesses<br>Weaver Partners - no assets | 0.00 | 0.00 | | 0.00 | FA |
| 16. Vehicles<br>2004 Chevy Silverado - 100K miles | 6,125.00 | 2,500.00 | | 2,500.00 | FA |
| 17. Vehicles<br>2004 Chevy Suburban - 100K miles | 6,800.00 | 2,500.00 | | 2,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $261,529.00 | $8,000.00 | | $8,000.00 | Gross Value of Remaining Assets<br>$0.00 |

(Total Dollar Amount in Column 6)

**FORM 1 - PYFER**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-19304  CAD  Judge: CAROL A. DOYLE | Trustee Name: Elizabeth C. Berg |
| Case Name: | PYFER II, JAMES | Date Filed (f) or Converted (c): 05/11/12 (f) |
| | PYFER, TERRA | 341(a) Meeting Date: 07/16/12 |
| | | Claims Bar Date: 11/06/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtors for turnover of nonexempt funds in bank account and equity in vehicles for a total of $8,000. Pursuant to court order approving settlement, Debtors paid Estate $2,000 down payment and consecutive monthly payments of $500. Final payment received in October, 2013. Trustee will review claims, prepare her Final Report and distribute funds. Trustee expects her Final Report filed in late 2013, early 2014.

Initial Projected Date of Final Report (TFR): 06/30/14   Current Projected Date of Final Report (TFR): 06/30/14

/s/   Elizabeth C. Berg
_____   Date: 01/20/14
ELIZABETH C. BERG

FORM 2 Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-19304 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | PYFER II, JAMES | Bank Name: | Congressional Bank |
| | PYFER, TERRA | Account Number / CD #: | *******8464 Checking Account |
| Taxpayer ID No: | *******4259 | | |
| For Period Ending: | 01/20/14 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/12 | 16 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors- Downpayment | 1129-000 | 2,000.00 | | 2,000.00 |
| 10/18/12 | 16 | PNC Bank National Association Illinois | Settlement w/ Debtors - Bank Acct Installment 1 of 12 | 1129-000 | 500.00 | | 2,500.00 |
| 12/19/12 | 17 | PNC Bank National Association Illinois | Settlement w/ Debtors - Bank Acct Installment 2 of 12 | 1129-000 | 500.00 | | 3,000.00 |
| 12/26/12 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 3 of 12 | 1129-000 | 500.00 | | 3,500.00 |
| 01/15/13 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 4 of 12 | 1129-000 | 500.00 | | 4,000.00 |
| 02/14/13 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 5 of 12 | 1129-000 | 500.00 | | 4,500.00 |
| 02/15/13 | 001001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 3.72 | 4,496.28 |
| 03/08/13 | | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 10.00 | 4,486.28 |

Page Subtotals 4,500.00 13.72

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2                                                                                                           Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                Exhibit 9

| Case No: | 12-19304 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | PYFER II, JAMES | | Bank Name: | Congressional Bank |
| | PYFER, TERRA | | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 | | | |
| For Period Ending: | 01/20/14 | | Blanket Bond (per case limit): | $  100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 300 BETHESDA, MD 20817 | | | | | |
| 03/13/13 | 17 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 6 of 12 | 1129-000 | 500.00 | | 4,986.28 |
| 04/16/13 | 6 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 7 of 12 | 1129-000 | 500.00 | | 5,486.28 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 5,476.28 |
| 05/20/13 | 6 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement with Debtors - Vehicles Installment 8 of 12 | 1129-000 | 500.00 | | 5,976.28 |
| 05/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 5,966.28 |
| 06/14/13 | 6 | James & Terra Pyfer c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles Installment 9 of 12 | 1129-000 | 500.00 | | 6,466.28 |
| 06/18/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow to post an adjustment if the time period occurred over 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 6,456.28 |

Page Subtotals            2,000.00          30.00

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2 PAGE 3

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-19304 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PYFER II, JAMES | | Bank Name: | Congressional Bank |
| | PYFER, TERRA | | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 | | | |
| For Period Ending: | 01/20/14 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 10.00 | 6,446.28 |
| 07/16/13 | 6 | James & Terra Pyfer<br>c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles<br>Installment 10 of 12 | 1129-000 | 500.00 | | 6,946.28 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 6,936.28 |
| 08/19/13 | 6 | James & Terra Pyfer<br>c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles<br>Installment 11 of 12 | 1129-000 | 500.00 | | 7,436.28 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 7,426.28 |
| 09/20/13 | 6 | James & Terra Pyfer<br>c/o PNC Bank Cashier's Check | Settlement w/ Debtors - Vehicles<br>Installment 12 of 12 | 1129-000 | 500.00 | | 7,926.28 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300 | Monthly Bank Service Fee - Sep 13 | 2600-000 | | 10.00 | 7,916.28 |

Page Subtotals         1,500.00        40.00

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2 | Page: 4
--- | ---
 | Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19304 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | PYFER II, JAMES | Bank Name: | Congressional Bank |
|  | PYFER, TERRA | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 |  |  |
| For Period Ending: | 01/20/14 | Blanket Bond (per case limit): | $  100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  | Bethesda, MD 20817 |  |  |  |  |  |
| 12/06/13 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 |  | 1,550.00 | 6,366.28 |
| 12/06/13 | 001003 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 |  | 1,410.00 | 4,956.28 |
| 12/06/13 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.63829% | 7100-000 |  | 534.13 | 4,422.15 |
| 12/06/13 | 001005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 6.63823% | 7100-000 |  | 884.89 | 3,537.26 |
| 12/06/13 | 001006 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Claim 000003, Payment 6.63823% | 7100-000 |  | 977.86 | 2,559.40 |
| 12/06/13 | 001007 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941 | Claim 000004, Payment 6.63810% | 7100-000 |  | 57.79 | 2,501.61 |

Page Subtotals  0.00  5,414.67

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2 PAGE 1

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19304 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PYFER II, JAMES | | Bank Name: | Congressional Bank |
| | PYFER, TERRA | | Account Number / CD #: | *******8464 Checking Account |
| Taxpayer ID No: | *******4259 | | | |
| For Period Ending: | 01/20/14 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73126-8941 | | | | | |
| 12/06/13 | 001008 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000005, Payment 6.63825% | 7100-000 | | 646.07 | 1,855.54 |
| 12/06/13 | 001009 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000006, Payment 6.63827% | 7100-000 | | 1,062.76 | 792.78 |
| 12/06/13 | 001010 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000007, Payment 6.63818% | 7100-000 | | 218.57 | 574.21 |
| 12/06/13 | 001011 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000008, Payment 6.63833% | 7100-000 | | 574.21 | 0.00 |

Page Subtotals    0.00    2,501.61

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2 PAGE 4

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19304 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | PYFER II, JAMES | Bank Name: | Congressional Bank |
|  | PYFER, TERRA | Account Number / CD #: | *******8464  Checking Account |
| Taxpayer ID No: | *******4259 | | |
| For Period Ending: | 01/20/14 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,000.00 | 8,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,000.00 | 8,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,000.00 | 8,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********8464 | | 8,000.00 | 8,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 8,000.00 | 8,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*